Affiliated Acceptance Corporation
P. O. Box 790001
Sunrise Beach, MO 65079-9001

**Affiliated Acceptance Corporation**

(800) 233-8483                Post Office Box 790001
(573) 374-9972 (Fax)          Sunrise Beach, Missouri USA
                              65079-9001

Customer Service Hours: 7:00 am to 7:00 pm Mon. – Thur.
Central Time            7:00 am to 5:00 pm Friday
Customer Service Web Site:  www.affiliatedacceptance.com

**ADDRESS SERVICE REQUESTED**
**\*\*IMPORTANT INFORMATION ENCLOSED\*\***

23 MAR 2020

ROMANA RIZVI
13211 SECRETARIAT BLVD
FRISCO TX 75035-0996

YOUR AAC ACCOUNT #: 7604-96-1027
Agreement With:
FRISCO WHITE TIGER

Dear Romana Rizvi:

Your Credit Card payment in the amount of $149.00 was charged back on 03-23-20, for the transaction date of 02-25-2020.

Please forward payment in the amount of $184.00 to bring your account current and protect your credit rating.

This amount includes any payments currently due and any fees that have been assessed to the account as follows:

| | |
|---|---:|
| Payment(s) due | $149.00 |
| Late fees due | 10.00 |
| Return charges | 25.00 |
| Current Due | $184.00 |

Payments received more than 10 days late are assessed a late fee of $10.00 per payment period. You will receive a monthly statement to make future payments by mail.

If you have questions regarding your account status, please call us toll-free at 1-800-233-8483. Your account number is 7604-96-1027. Please have this number ready when calling for Chargeback Department to make payment arrangements. Your prompt remittance is appreciated.

Sincerely,

Affiliated Acceptance Corporation
Customer Service
1-800-233-8483

"The following notice is given in accordance to federal requirements"

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. If you dispute the validity of this debt or any part of this debt, you must notify AAC within 30 days of receipt of this notice, or we will assume that the debt is valid. If you notify us in writing of such dispute within 30 days of receipt of this notice we will obtain verification of the debt and mail you a copy of such verification. Also, upon written request within the 30-day period, we will provide you with the address of the original creditor. The name of the original creditor is FRISCO WHITE TIGER.

returnlateusa_1_10

Case 4:20-cv-00340-SDJ   Document 1-2   Filed 04/21/20   Page 1 of 5 PageID #: 8

Access your account online at: www.affiliatedacceptance.com  Contact AAC at: customerservice@affiliated.org





Shawn Jaffer <shawn@jaffer.law>

## Re: AAC#7604-96-1027 - Dispute, Validation & Verification
1 message

**Shawn Jaffer, Esq.** <shawn@jaffer.law>　　　　　　　　　　　　　　　　Wed, Apr 1, 2020 at 3:45 PM
To: customerservice@affiliated.org

　　To: Affiliated Acceptance Corporation:

　　I am Attorney Shawn Jaffer. I represent Ms. Romana Rizvi in regards to AAC Account# 7604-96-1027 for Frisco White Tiger. Ms. Rizvi disputes the debt and demands validation and verification to be sent to me, her attorney. If you credit report this account on Ms. Rizvi's credit reports my office will file a lawsuit for violations of the Fair Debt Collections Practices Act, Fair Credit Reporting Act, and Texas Debt Collection Act. We will also file a claim against your bond with Western Surety Company.

　　In fact, I may file a class action lawsuit on behalf all White Tiger customers, if you persist.

　　So, I need a confirmation from your company addressed to Ms. Rizvi stating that you will not report this account on her credit and that you will cease and desist all collection activities and end all communications with her. This letter or written response is required from you within the next 30 days.

　　If you fail to provide the requested written response or if you report the account at issue on Ms. Rizvi's credit report then I will file a lawsuit against your company, possibly a class action.

　　You can look me up and see that I exclusively practice the FDCPA and FCRA. This will be the only warning your company will receive so please govern yourselves accordingly.

　　Sincerely,

　　**Shawn Jaffer**
　　Attorney at Shawn Jaffer Law Firm, Pllc
　　11625 Custer Rd, Suite 110-376, Frisco, TX 75035
　　shawn@jaffer.law • Tel: (214) 210-0730　•　Fax: (214) 594-6100
　　www.Jaffer.law

　　**NOTICE:** This communication may contain privileged or other confidential information. If you are not the intended recipient, or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use the information. Also, please indicate to the sender that you have received this communication in error, and delete the copy you received.  Under U.S. Treasury regulations, we are required to inform you that any advice contained in this e-mail or any attachment hereto is not intended to be used, and cannot be used, to avoid penalties imposed under the Internal Revenue Code.

Case 4:20-cv-00340-SDJ  Document 1-2  Filed 04/21/20  Page 3 of 5 PageID #: 10

PLAINTIFF'S
EXHIBIT
C

Affiliated Acceptance Corporation
P. O. Box 790001
Sunrise Beach, MO 65079-9001

**ADDRESS SERVICE REQUESTED**
**\*\*IMPORTANT INFORMATION ENCLOSED\*\***

# Affiliated Acceptance Corporation

(800) 233-8483           Post Office Box 790001
(573) 374-9972 (Fax)     Sunrise Beach, Missouri
                         USA 65079-9001

Customer Service Hours: 7:00 am to 7:00 pm Mon. – Thur.
Central Time            7:00 am to 5:00 pm Friday
Customer Service Web Site: www.affiliatedacceptance.com

Statement Date:          06 APR 2020

ROMANA RIZVI
13211 SECRETARIAT BLVD
FRISCO TX 75035-0996

YOUR AAC ACCOUNT #:      7604-96-1027

Agreement with:

FRISCO WHITE TIGER

## Statement of Account

Dear ROMANA RIZVI:

Notice of Default and Right to Cure: Payment Past Due $333.00

We have not received your payment(s) pursuant to your signed agreement with FRISCO WHITE TIGER.

You were notified of your obligation and your right of dispute in our initial communication.

Scheduled Payment Amount: $149.00                Balance Due from Previous Statement: $333.00

### Previous Transactions

| Transaction Date | Tran Code | Payment Amount | Late Fee Paid | Return Fee Paid | Net Amount | Late Fee Owed | Return Fee Owed | Description |
|---|---|---|---|---|---|---|---|---|
| 11-25-19 | V | $149.00 | $0.00 | $0.00 | $149.00 | $0.00 | $0.00 | VISA |
| 12-26-19 | V | $149.00 | $0.00 | $0.00 | $149.00 | $0.00 | $0.00 | VISA |
| 01-27-20 | V | $149.00 | $0.00 | $0.00 | $149.00 | $0.00 | $0.00 | VISA |
| 02-25-20 | V | $149.00 | $0.00 | $0.00 | $149.00 | $0.00 | $0.00 | VISA |
| 03-23-20 | RG10 | $-149.00 | $0.00 | $0.00 | $-149.00 | $0.00 | $25.00 | CARD HOLDER DISPUTE |
| 03-23-20 | L | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 | $0.00 | LATE FEE |

Total Late Fees Owed = $20.00  This fee is included in the Current Payment Due amount below. Total Return Fees Owed = $25.00 This fee is included in the Current Payment Due amount below. AAC will accept payment through all major financial institutions. Call toll free 1-800-233-8483 and ask for the EFT payment desk, have your account number and banking information ready. Requests for one-time payments will take 48 to 72 hours to post on the account.

"The following is given in accordance to Federal requirements"

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.
Access your account online at: www.affiliatedacceptance.com . Contact AAC at: customerservice@affiliated.org

| Date Due: | 25 APR 2020 | | | | |
|---|---|---|---|---|---|
| Scheduled Payment: | Amount 11 – 30 Days Late: | Amount 30 – 60 Days Late: | Amount Over 60 Days Late: | Amount Currently Due |
| $149.00 | $10.00 | $149.00 | $184.00 | $492.00 |

(Clip along dotted line and return with your payment.)

Make payments payable to:          Customer Service:
Affiliated Acceptance Corporation   1-800-233-8483
P. O. Box 790001, Sunrise Beach, MO 65079-9001

RE:       FRISCO WHITE TIGER
NAME:     ROMANA RIZVI
ACCOUNT:  7604-96-1027

AFTER:    05 MAY 2020            $502.00   DUE





# Franchise Tax Account Status
As of : 04/17/2020 02:25:53

This page is valid for most business transactions but is not sufficient for filings with the Secretary of State

| AFFILIATED ACCEPTANCE CORPORATION | |
|---|---|
| Texas Taxpayer Number | 30114167155 |
| Mailing Address | 1455 WEST LOOP S STE 800 HOUSTON, TX 77027-9514 |
| ❓ Right to Transact Business in Texas | FRANCHISE TAX ENDED |
| State of Formation | TX |
| Effective SOS Registration Date | 08/24/1990 |
| Texas SOS File Number | 0116385800 |
| Registered Agent Name | GREG SAVAGE |
| Registered Office Street Address | 5847 SAN FELIPE, SUITE 2200 HOUSTON, TX 77057 |





# Franchise Tax Account Status
As of : 04/17/2020 02:25:53

This page is valid for most business transactions but is not sufficient for filings with the Secretary of State

| AFFILIATED ACCEPTANCE CORPORATION | |
|---|---|
| Texas Taxpayer Number | 32069086844 |
| Mailing Address | 600 UNIVERSITY PARK PL STE 500 BIRMINGHAM, AL 35209-8806 |
| ❓ Right to Transact Business in Texas | NOT ESTABLISHED |
| State of Formation | |
| Effective SOS Registration Date | Not Registered |
| Texas SOS File Number | Not Registered |
| Registered Agent Name | Not on file |
| Registered Office Street Address | |